UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK PRUDEN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY           21-cv-7070 (JGK)
SITUATED,
                    Plaintiffs,          ORDER

        - against -

LEMONADE, INC. ET AL.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiffs may file an amended complaint by **November 5, 2021**. The time for the defendants to move or answer the amended complaint is **November 30, 2021**. If the defendants make a motion, the defendants do not need another pre-motion conference. The time to respond to any motion is **January 4, 2022**. The time to reply is **January 24, 2022**. If the defendants answer, the parties should submit a Rule 26(f) report by **December 10, 2021**. The conference scheduled for November 29, 2021, is canceled.

SO ORDERED.
Dated:   New York, New York
         October 21, 2021

                                    /s/ John G. Koeltl
                                    _____
                                    John G. Koeltl
                                    United States District Judge