```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARK PRUDEN, et al.,

                             **Plaintiffs,**          21-CV-07070 (JGK)(SN)

        -against-                                 **ORDER**

LEMONADE, INC., et al,

                             **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference to discuss Defendants' anticipated motion to stay discovery is scheduled for Thursday, March 31, 2022, at 2:30 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                               _____
                                                             SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       March 14, 2022
                 New York, New York