# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Eric R. Fish
direct dial: 212.589.4647
efish@bakerlaw.com

May 17, 2022

**VIA ECF**

Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:  *Pruden v. Lemonade et al.*, No: 1:21-cv-07070-JGK-SN

Dear Judge Netburn:

We represent Defendants Lemonade Inc., Lemonade Insurance Company, Lemonade Insurance Agency, LLC, Lemonade LTD., and Lemonade Life Insurance Agency, LLC ("Lemonade") in this matter. Following up on Lemonade's position statement in the parties' joint letter submitted on May 16, 2022 (ECF No. 39), please find attached as Exhibit 1 a copy of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement filed by the Global Settlement Plaintiffs[1] in DuPage County, Illinois.

Respectfully submitted,

/s/ *Eric R. Fish*

Eric R. Fish

Attachment
cc:  Counsel of Record (*via ECF*)

---

[1] As that term is used in the May 16, 2022 joint letter.