UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARK PRUDEN, et al.,

                        Plaintiffs,

       -against-

LEMONADE, INC., et al,

                        Defendants.

-----------------------------------------------------------------X

21-CV-07070 (JGK)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022

**SARAH NETBURN, United States Magistrate Judge:**

    In light of Plaintiffs' indication that they will not resolve their dispute through the putative class settlement in Illinois, the parties are ordered to meet and confer and propose a schedule for discovery by June 8, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 1, 2022
                New York, New York