**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE GUTIERREZ ET AL.,

                Plaintiffs,

  -against-                                     21 **CIVIL** 7070 (JGK)

                                                     **JUDGMENT**

LEMONADE, INC. ET AL.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 9, 2022, the Court has considered all of the arguments of the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the motion to dismiss is granted to the extent it seeks to dismiss the claims for unjust enrichment and declaratory relief, and denied in all other respects.

**Dated:**  New York, New York

      August 10, 2022

                                                              **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                  **BY:**      *K. Mango*

                                                                **Deputy Clerk**