UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK PRUDEN, JOHN BARLOW, and JOSE GUTIERREZ, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>LEMONADE, INC., LEMONADE INSURANCE COMPANY, LEMONADE INSURANCE AGENCY, LLC, LEMONADE LTD. and LEMONADE LIFE INSURANCE AGENCY, LLC,<br><br>            Defendants. | Case No. 1:21-cv-07070-JGK-SN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs John Barlow and Jose Gutierrez ("Plaintiffs"), in their individual capacities, and Defendants Lemonade, Inc., Lemonade Insurance Company, Lemonade Insurance Agency, LLC, Lemonade Ltd., and Lemonade Life Insurance Agency, LLC ("Defendants") hereby stipulate to the dismissal with prejudice of Plaintiffs' individual claims against Defendants, such that this case is stipulated to be dismissed in its entirety pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), with Plaintiffs and Defendants each bearing his, its or their own attorneys' fees, costs and expenses.

Dated: October 3, 2022

| | |
|---|---|
| **LOWEY DANNENBERG P.C.**<br><br>Christian Levis<br>Andrea Farah<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel.: (914) 997-0500<br>Email: clevis@lowey.com<br>        afarah@lowey.com<br>*Attorneys for Plaintiffs* | **BAKER & HOSTETLER LLP**<br><br>Eric R. Fish<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Tel: (212) 589-4200<br>Email: efish@bakerlaw.com<br>*Attorneys for Defendants* |

SO ORDERED:

_____