UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK PRUDEN, JOHN BARLOW, and JOSE GUTIERREZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEMONADE, INC., LEMONADE INSURANCE COMPANY, LEMONADE INSURANCE AGENCY, LLC, LEMONADE LTD. and LEMONADE LIFE INSURANCE AGENCY, LLC,<br><br>Defendants. | Case No. 1:21-cv-07070-JGK-SN<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiffs John Barlow and Jose Gutierrez ("Plaintiffs"), in their individual capacities, and Defendants Lemonade, Inc., Lemonade Insurance Company, Lemonade Insurance Agency, LLC, Lemonade Ltd., and Lemonade Life Insurance Agency, LLC ("Defendants") hereby stipulate to the dismissal with prejudice of Plaintiffs' individual claims against Defendants, such that this case is stipulated to be dismissed in its entirety pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), with Plaintiffs and Defendants each bearing his, its or their own attorneys' fees, costs and expenses.

Dated: October 3, 2022

**LOWEY DANNENBERG P.C.**

*/s/ Christian Levis*

Christian Levis
Andrea Farah
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Email: clevis@lowey.com
        afarah@lowey.com
*Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**

*/s/ Eric R. Fish*

Eric R. Fish
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Email: efish@bakerlaw.com
*Attorneys for Defendants*

SO ORDERED.
10/11/22
/s/ J. Koeltl
USDJ